**NOT FOR PUBLICATION**

DEC 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROMEO RAMIREZ-GARCIA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 07-72911<br><br>Agency No. A012-519-653<br><br><br>ORDER[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued November 2, 2009
Submitted December 16, 2013
San Francisco, California

BEFORE: CANBY, GRABER and RAWLINSON,[**] Circuit Judges.

The unopposed petition for review in this case is granted, and the order of

removal of petitioner is vacated.

PETITION FOR REVIEW GRANTED; REMOVAL ORDER VACATED.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] Judge Rawlinson was drawn to replace Judge B. Fletcher. She has read the briefs, reviewed the record and listened to the audio of the oral argument.